# United States Court of Appeals for the Federal Circuit

---

**LITE-NETICS, LLC,**
*Plaintiff-Appellant*

**v.**

**NU TSAI CAPITAL LLC, DBA HOLIDAY BRIGHT LIGHTS,**
*Defendant-Appellee*

---

2023-1146

---

Appeal from the United States District Court for the District of Nebraska in No. 8:22-cv-00314-BCB-CRZ, Judge Brian C. Buescher.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**VACATED AND REMANDED**

FOR THE COURT

February 17, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court